IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **DEKENYA NELSON, #687262** | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:07cv169** |
| **OFFICER MARTIN** | § | |

### O R D E R

Came on for consideration, the Plaintiff's civil rights lawsuit. The Plaintiff did not, however, pay the requisite filing fee of $350 nor submit an application to proceed *in forma pauperis*, together with an *in forma pauperis* data sheet. It should be further noted that the Plaintiff will be billed $350 in the event he is permitted to proceed *in forma pauperis* and such payment will be removed from his trust fund account as funds exist to pay it. Both the application to proceed *in forma pauperis* and the certified *in forma pauperis* data sheet are available from officers in the law library. It is accordingly

**ORDERED** that the Plaintiff has thirty days from the receipt of this order to either pay the $350 filing fee or submit an application to proceed *in forma pauperis*, along with a certified *in forma pauperis* data sheet. The Clerk shall accept no other documents from the Plaintiff until he has complied with this order. Failure to comply with this order may result in the dismissal of the case.

**SIGNED this 7th day of November, 2007.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE